UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BENJAMIN ADAM WITHROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV421-294 |
| ) | |
| SHERIFF JOHN T. WILCHER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

*Pro se* plaintiff Benjamin Adam Withrow has filed this 42 U.S.C. § 1983 case alleging that unidentified staff at Chatham County Jail are interfering with his legal mail. *See* doc. 1 at 5. The Court previously directed him to comply with its instructions for proceeding *in forma pauperis*. *See* doc. 17 at 3-4. The Court's Order has been returned as undeliverable. *See* doc. 18. It, therefore, appears that Withrow has failed to keep the Court apprised of his current address, in violation of the Court's Local Rules. *See* S.D. Ga. L. Civ. R. 11.1 ("Each attorney and *pro*

1

*se* litigant has a continuing obligation to apprise the Court of any address change.").

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Accordingly, this case is **DISMISSED** without prejudice for plaintiff's failure to provide the Court with an updated address and failure to prosecute this action. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 5th day of May, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA